IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOBLE ANTHONY MOORE,
    Plaintiff,

vs.                                 Case No.: 3:16cv539/RV/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 13, 2017 (ECF No. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The complaint is **DISMISSED** without prejudice as to Plaintiff's claim

regarding his medical or other treatment at the Escambia County Jail.

3. The complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and under 28 U.S.C. § 1915(e)(2)(B)(iii) for a claim that seeks monetary relief against a Defendants who are immune from such relief.

4. All pending motions are denied as moot.

**DONE AND ORDERED** this 18th day of July, 2017.

          /s/ *Roger Vinson*
          **ROGER VINSON**
          **SENIOR UNITED STATES DISTRICT JUDGE**